Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MACHO POLLO INC., a California corporation; ESTHER ZIYOUN KIM, individually and as trustee of THE ESTHER ZIYOUN KIM LIVING TRUST, U/A DATED JUNE 18, 2019; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-00081-JWH-SP<br><br>Hon. John W. Holcomb<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: January 15, 2021<br><br>Trial Date: None Set |

NOTICE OF SETTLEMENT

The Plaintiff hereby notifies the Court that a global settlement has been reached in the above-captioned case and the Parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Voluntary Dismissal with prejudice, as to all parties, will be filed within 45 days.

Dated: March 8, 2021                                   **MANNING LAW, APC**

                                         By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                Joseph R. Manning, Jr., Esq.
                                                Attorneys for Plaintiff
                                                James Rutherford

NOTICE OF SETTLEMENT